Case: 1:22-cr-00100-RP Document 47 Filed 06/07/23 Page 1 of 1
Case 1:22-cr-00100 Document 44 Filed 04/25/2023 Page 2 of 10

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                             Judgment -- Page 2 of 10

DEFENDANT: EMILIO RIOS
CASE NUMBER: 1:22-CR-00100-LY(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **SIXTY (60) MONTHS** as to count one.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

The Court makes the following recommendations to the Bureau of Prisons:

**To designate defendant to FCI Seagoville or to a federal facility with sex offense treatment similar to FCI Seagoville in order that the defendant may receive the needed treatment during the period of confinement.**

If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefore.



FILED 2023 JUN -7 PM 1:45
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## RETURN

I have executed this judgment as follows: Voluntary Surrender to BOP

Defendant delivered on 6/06/23 to FCI SEAGOVILLE

at 14 hrs, with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas
UNITED STATES MARSHAL

Gabe Rodriguez JA
By
DEPUTY UNITED STATES MARSHAL